The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC COLLECTION, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT HICKS, an individual and JANE DOE HICKS, his spouse, if any, and the marital community composed thereof, and DM GROUP N.A., INC., an Ohio corporation or dissolved corporation, and AMERITEXT PUBLISHING, INC., a Delaware corporation or dissolved corporation, and AP PUBLISHING, INC., an OHIO corporation, all individually and/or collectively doing business as "YELLOW PAGES PLUS," "WEST PUBLISHING BUSINESS SERVICES," and/or INFORMATION-411.COM,<br><br>Defendants. | NO. C02-2460 Z<br><br>STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL<br><br>(Proposed Order) |

STIPULATION AND ORDER - 1

BUDGE & HEIPT, P.L.L.C.
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 621-7323 (fax)

From: Robert Hicks   To: Eric Heipt     Date: 7/12/2004  Time: 10:02:46 AM                    Page 3 of 3
Case 2:02-cv-02460-TSZ   Document 32   Filed 07/12/04   Page 2 of 2

JUL-07-2004 WED 11:11 AM  HARDESTYKAFFENZIMMERMAN      FAX NO. 3307828059                P. 04

## STIPULATION

The parties hereby stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1), this action should be dismissed without prejudice and without costs or fees to any party. The parties stipulate to entry of the subjoined order.

Dated this 2nd day of July, 2004.

_____
Edwin S. Budge, WSBA # 24182
Erik J. Heipt, WSBA # 28113
of Budge & Heipt, P.L.L.C.
Attorneys for Plaintiff

_____
Robert Hicks, pro se
and for dissolved corporations

_____
DM GROUP N.A., INC.
AMERITEXT PUBLISHING, INC.
A.P. PUBLISHING, INC.
Pro se
By Robert Hicks, president

## ORDER

The Court, having reviewed the foregoing stipulation, hereby orders that this action is hereby dismissed without prejudice and without an award of fees or costs to any party.

DATED this ____ day of July, 2004.

_____
The Honorable Thomas S. Zilly

STIPULATION AND ORDER - 2

BUDGE & HEIPT, P.L.L.C.
705 SECOND AVENUE, SUITE 910
SEATTLE, WASHINGTON 98104
(206) 624-3060
(206) 621-7323 (fax)